# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MERRITT ISLAND WOODWERX LLC, and TRUE TOUCH SERVICES LLC, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

SPACE COAST CREDIT UNION,

    Defendant.

Case No. 6:23-CV-01066-PGB-DCI

## JOINT STATUS REPORT

Plaintiffs Merritt Island Woodwerx LLC and True Touch Services LLC (collectively, "Plaintiffs") and Defendant Space Coast Credit Union ("Space Coast"), by and through their counsel, hereby submit this Joint Status Report to the Court pursuant to the Court's Order dated December 2, 2025.

On November 17, 2025, the parties participated in mediation with the Hon. Gerald E. Rosen (Ret.) by video conference. The mediation did not result in a settlement, however the mediator instructed Space Coast to provide additional information to Plaintiffs and the mediator. Once that information is provided, the mediator has indicated that he will schedule a further mediation session.

Dated: December 5, 2025

| | |
|---|---|
| */s/ Lisa M. La Fornara* | */s/ Stuart M. Richter* |
| Lisa M. La Fornara (*Pro Hac Vice*) | Stuart M. Richter (*Pro Hac Vice*) |
| **CohenMalad, LLP** | **KATTEN MUCHIN ROSENMAN LLP** |
| One Indiana Square, Suite 1400 | 2121 Avenue of the Stars, Suite 1100 |
| Indianapolis, IN 46204 | Los Angeles, CA 90067-5010 |
| llafornara@cohenandmalad.com | Tel: (310) 788-4400 |
| | Fax: (310) 788-4471 |
| Jacob Phillips | stuart.richter@katten.com |
| Florida Bar No. 0120130 | |
| **Jacobson Phillips PLLC** | Thomas F. Neal |
| 2277 Lee Road, Suite B | Florida Bar No. 603368 |
| Winter Park, FL 32789 | **DEBEAUBIEN, SIMMONS, KNIGHT,** |
| jacob@jacobsonphillips.com | **MANTZARIS & NEAL, LLP** |
| | 332 N. Magnolia Avenue |
| J. Gerard Stranch, IV (*Pro Hac Vice*) | Orlando, FL 32801 |
| **Stranch, Jennings & Garvey PLLC** | (407) 422-2454 |
| 223 Rosa L. Parks Avenue, Suite 200 | tneal@dsklawgroup.com |
| gstranch@stranchlaw.com | lnovak@dsklawgroup.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant Space Coast Credit Union* |

2